IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02564-BNB

JAMES P. GLASSEY,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, James P. Glassey, initiated this action by filing *pro se* a letter to the Court (ECF No. 1) asking the Court to release him from the nursing home in which he lives. Because it appeared that Mr. Glassey was seeking judicial relief, the instant action was commenced. On September 27, 2012, Magistrate Judge Boyd N. Boland entered an order directing Mr. Glassey to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Glassey to file a Complaint on the proper form and either to pay the $350.00 filing fee or to file a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Glassey was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days. Magistrate Judge Boland also advised Mr. Glassey that he should inform the Court if he does not intend to pursue a civil action in this Court and the instant action would be dismissed.

    On October 23, 2012, Mr. Glassey filed a letter to the Court apparently seeking

clarification of the order directing him to cure deficiencies. On October 30, 2012, Magistrate Judge Boland entered a minute order clarifying the deficiencies Mr. Glassey must cure if he wishes to pursue any claims in this Court in this action and directing Mr. Glassey to cure the deficiencies within thirty days from the date of the minute order. On November 1, 2012, Mr. Glassey filed another letter to the Court again asking to be released from the nursing home in which he lives.

Mr. Glassey has failed to cure the deficiencies within the time allowed because he has not filed a Complaint on the proper form and he has failed either to pay the filing fee or to file a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Glassey failed to cure the deficiencies as directed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  5th  day of    December   , 2012.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court