IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02564-LTB

JAMES P. GLASSEY,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on December 5, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 5 day of December, 2012.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/K. Terasaki
                    Deputy Clerk